IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAURICE THOMAS,

    Petitioner,

v.

                              Case No.  21-cv-821-wmc

WARDEN MATTHEW MARSKE,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying Maurice Thomas's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

| | |
|---|---|
| /s/ | 3/18/2022 |
| Peter Oppeneer, Clerk of Court | Date |